## AARON HALL *vs.* CALVIN HARVEY AND SHUBAEL STONE, *his trustee.*

When a trustee has answered, and the cause is continued, and the trustee dies before judgment is rendered, judgment may be rendered against the trustee, as of the term when he answered.

At May term of the court here, 1823, the trustee came in and made a disclosure; the cause was continued, and the trustee has since died, and the principal has been defaulted.

*Parker*, for the plaintiff, moved for judgment against the trustee, as of the term when he answered.

*Wilson*, for the trustee.

*By the court.*—In this case, judgment must be entered against the trustee, as of the term, when he made the disclosure. 14. *Mass. Rep.* 144, *Patterson vs. Buckminster and trustee.*—15 *ditto* 473.

*Trustee charged.*